The People *vs.* Robert R. Brown.   *Assault  and  Battery.*

The People *vs.* Raymer C. Wertendyke  and  James
Pike.   *Assault and  Battery.*

It is the du-      THE above cases were called up for trial by *Maxwell,*
ty  of  every *District Attorney;* cross indictments being found against.
manattending each of the above defendants.
church, to be-
have  himself    The facts of the case appeared as follows: Messrs. Wer-
with decorum tendyke and Pike were officers of the church at the cor-
and  respect.
But a  rule or ner of Christy and Delancy streets.   The authority of this
regulation  of church had passed a regulation that no person should go
a  church re-
straining   a out of the church during divine service, without their ex-
man from go-
ing outduring press permission.
the  sevice, is    Brown, who was, in some measure, a stranger in this
an  infringe-
ment on nat- city, went to worship in this church on the evening of
ural  liberty; Sunday, the 15th of September, 1822. . During the ser-
and will not
protect     the vice, and at the commencement of the last prayer, Brown
officer  acting arose from his seat, in the gallery of the church, and walk-
under it.
ed with some force to the stairs leading to the door of the
church.   He was stopped on the stairs by Mr. Marrine
and told he could not proceed: that it was against the

rules of the church. He, however, persisted in going out. He was stopped at the bottom of the stairs by the defendants, and pushed with great violence against the wall. A considerable noise and tumult arose in, and about the door of the church. The officers of the church procured the authority of the watch, and Brown was taken into custody.

*Wilson*, counsel for Brown.

Upon these facts being proved, the court observed— " We think the conduct of Brown is open to censure. It " is the duty of every person attending church, no matter of " what denomination, to pay that respect to the place and " the people assembled there, as not to disturb or molest " them in their worship. That, under the free constitution " of this country, no man was compelled to go to any " particular church, or indeed to any church at all, but " that if he did go, (as it was the duty of every man to go " to some church,) it was his duty to behave himself, while " there, with decorum and respect. As to the rule or regu- " lation passed, and attempted to be put into execution by " the officers of this church, we think it clearly illegal; it " is an infringement upon natural liberty and private right " not to be tolerated ; nor can it, in law, excuse or protect " the officers of the church from the responsibility of any " crime they may commit in enforcing such illegal rule."

The jury, in accordance with the charge of the court, intimated the disapprobation of the conduct of each of the parties, by finding a verdict of not guilty in each of the indictments.